IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 08-04547 MCF |
| EILEEN YANIRA HERNANDEZ COLON | CHAPTER 13 |
| Debtor(s) | |
| **Banco Santander Puerto Rico** | (X) of acts against property under 11 USC § 362 (d) (1) "CAUSE" |
| Movant | |
| Vs. | |
| EILEEN YANIRA HERNANDEZ COLON and ALEJANDRO OLIVERAS RIVERA as DEBTOR(S) TRUSTEE | |
| Respondent(s) | |

## CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

I HEREBY CERTIFY that a copy of the Notice on Motion for Relief of Stay Under 11 U.S.C. § 362 filed by secured creditor Banco Santander Puerto Rico, was sent (within five (5) days after issuance of the notice), by first class mail, to debtor's attorney **Roberto Figueroa Carrasquillo, Esq., Po Box 193677, San Juan, PR 00919-3677**; a copy of the Motion Requesting Relief from the Automatic Stay to debtor's attorney and Trustee by electronically filed using CM/ECF system; and a copy of the Notice on Motion for Relief of Stay Under 11 U.S.C. § 362 and a copy of the motion REQUESTING RELIEF FROM THE AUTOMATIC STAY by certified mail with return receipt requested to debtor **Eileen Yanira Hernandez Colon, Parque Del Monte, HH 10 Caguax Street, Caguas, PR 00727**, pursuant to the provisions of rule 7004(b)(1)(9) of the Federal Rules of Bankruptcy Procedure.

And that copy of this Certification was sent to debtor(s) by first class mail at their address of record and to debtor(s) attorney and Trustee by electronically filed using CM/ECF system.

In San Juan, Puerto Rico on the 30 day of September, 2011.

**CARDONA JIMENEZ LAW OFFICES, PSC**
Attorney for Banco Santander Puerto Rico
PO Box 9023593
San Juan, PR 00902-3593
Tels: (787) 724-1303, Fax No. (787) 724-1369
E-mail: jf@cardonalaw.com

s/José F. Cardona Jiménez, USDC PR 124504
jf@cardonalaw.com