# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>EILEEN YANIRA HERNANDEZ COLON<br><br>        Debtor(s)<br><br>BANCO SANTANDER PR<br><br>        Movant<br><br>EILEEN YANIRA HERNANDEZ COLON<br>ALEJANDRO  OLIVERAS RIVERA<br> ,TRUSTEE<br><br>        Respondent(s) | CASE NO. 08-04547 MCF<br>Chapter 13<br><br><br><br><span style="color:red">FILED & ENTERED ON 10/24/2011</span> |

## ORDER

Upon movant's failure to file a certificate of service as required by P.R. LBR 4001-1(c), it is now

ORDERED that the motion for relief of stay filed by BANCO SANTANDER PR (docket entry #63) be and is hereby denied.

SO ORDERED.

San Juan, Puerto Rico, this 24 day of October, 2011.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge

C:   DEBTOR(S)
     ROBERTO  FIGUEROA CARRASQUILLO
     ALEJANDRO  OLIVERAS RIVERA
     BANCO SANTANDER PR